ACCEPTED
03-14-00442-CV
3887210
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 5:13:16 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00442-CV

IN THE COURT OF APPEALS
THIRD DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 5:13:16 PM
JEFFREY D. KYLE
Clerk

SCOTT MANDLE (*APPELLANT*)

V.

OLD WEST CAPITAL CO., as assignee of the judgment originally taken by Oliphant Financial Corporation, and A+ FEDERAL CREDIT UNION (*APPELLEES*)

From Cause No. C-1-CV-13-010555
County Court at Law No. 1
Travis County, Texas

### AGREED MOTION TO DISMISS APPEAL

To the Honorable Justices of the Third District Court of Appeals:

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), Appellant Scott Mandle and Appellees Old West Capital Co. and A+ Federal Credit Union (collectively, "Parties") file this Agreed Motion to Dismiss Appeal, asking the Court to set aside the trial court's judgment without regard for the merits and remand the case to trial court for rendition of judgment in accordance with the Parties' settlement agreement, attached hereto as Exhibit B.

### I.   INTRODUCTION

On January 17, 2014, the presiding judge in County Court at Law No. 1 signed an Agreed Judgment of Garnishment ("Judgment") in *Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation (Garnishor) v. A+*

*Federal Credit Union (Garnishee) and Scott Mandle (Defendant Debtor)*, Cause Number C-1-CV-13-010555, in favor of Old West Capital Co. as garnishor and against Scott Mandle as debtor/defendant, in the total amount of $ 4,056.69 from funds belonging to Scott Mandle but held by A+ Federal Credit Union as garnishee. Said Judgment further ordered that A+ Federal Credit Union recover $500.00 in attorney's fees from funds belonging to Mandle but held by A+ Federal Credit Union. Finally, said Judgment discharged A+ Federal Credit Union of all liability to Mandle with respect to the foregoing sums.

Scott Mandle, who was not a party to the Agreed Judgment of Garnishment ("Judgment") but had filed an answer contesting the garnishment proceeding prior to entry of the Judgment, subsequently filed a timely perfected his restricted appeal challenging said Judgment on July 15, 2014, by filing a notice of appeal.

The Parties have since been in negotiations in an effort to resolve their dispute without necessity of intervention by this Court.

## II. ARGUMENT AND AUTHORITIES

The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this joint motion to dismiss.

The Parties have reached an agreement to compromise and settlement their differences in the suit *Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation (Garnishor) v. A+ Federal Credit Union (Garnishee) and Scott Mandle (Defendant Debtor)*, Cause Number C-1-CV-13-010555.

The Parties ask the Court to set aside the trial court's judgment, attached hereto as Exhibit A, without regard to the merits and remand the case to the trial court for rendition of judgment, attached hereto as Exhibit C, in accordance with the Parties' settlement agreement. Tex. R. App. P. 42.1(a)(2)(B).

## III. CONCLUSION

Pursuant to its authority under Texas Rule of Appellate Procedure 42.1(a)(2)(B) and for the reasons set forth more fully above, the Court should grant this Agreed Motion to Dismiss the Appeal, set aside the trial court's judgment below and remand the case to the trial court for rendition of judgment in accordance with the Parties' settlement agreement.

## IV. PRAYER

For these reasons, the Parties ask the Court to grant this Agreed Motion to Dismiss Scott Mandle's Appeal with costs taxed accordingly.

Respectfully submitted,

SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
512.795.8686
512.795.8787 (fax)

PAULA K. KNIPPA
State Bar No. 24049103
pknippa@slackdavis.com

ATTORNEY FOR APPELLANT SCOTT MANDLE

LAW OFFICE OF ALISA RICHMAN
304 S. Record Street, Suite 100
Dallas, Texas 75202
214.522.7266

_Alisa R._    1/23/15
_____
Alisa S. Richman
Texas State Bar No. 24068610
Alisa@therichmanlawfirm.com

ATTORNEY FOR OLD WEST CAPITAL
Co.


BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Suite 750
Dallas, Texas 75244
214.630.1916
214.630.1112

_R_    1/23/15
_____
Rob Woodcock
Texas State Bar No. 24010490
rwoodcock@blalack.com

ATTORNEY FOR A+ FEDERAL CREDIT
UNION

# EXHIBIT A

NO. C-1-CV-13-010555



| OLD WEST CAPITAL CO., as assignee of the judgment originally taken by Oliphant Financial Corporation | § § § § | IN THE COUNTY COURT |
|---|---|---|
| v. | § § § | AT LAW NUMBER ONE |
| A+ FEDERAL CREDIT UNION (Garnishee) | § § § | |
| ~~SCOTT MANDLE~~ ~~(Defendant Debtor)~~ | § § § | TRAVIS COUNTY, TEXAS |

## AGREED JUDGMENT OF GARNISHMENT

On this day came on to be heard the above-entitled and numbered cause, in which Old West Capital Co. is Plaintiff, and A+ Federal Credit Union is Garnishee. The parties appeared by and through their respective attorneys of record and announced to the Court that all matters of fact and things in controversy between them had been fully and finally compromised and settled. It appears to the Court that Judgment Debtor, Scott Mandle, has been given proper notice of this garnishment as required by law, and has made no response. Further, it appears to the Court that the Garnishee has answered herein as being indebted to Judgment Debtor in the total amount of $4,556.69. And the Court having heard the agreement of the parties, and based thereon, along with the answer of Garnishee, makes the following orders:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Old West Capital Co. have and recover of and against A+ Federal Credit Union, the sum of $4,056.69 from the funds of Defendant Debtor currently being held by A+ Federal Credit Union, and such sum to be credited to the judgment in Cause No. 272224, owned by Old West Capital Co. against Scott Mandle, signed in this Court on April 22, 2004.

AGREED JUDGMENT OF GARNISHMENT - PAGE 1



31

IT IS FURTHER ORDERED that A+ Federal Credit Union have and recover $500.00 as reasonable attorney's fees from the sum in its possession belonging to Scott Mandle.

IT IS FURTHER ORDERED that A+ Federal Credit Union, Garnishee, is hereby discharged of all liability to Scott Mandle and Old West Capital Co. to the extent of the sums above ordered.

This is a final appealable judgment.

Costs of Court are taxed against Plaintiff.

SIGNED this _17_ day of _____, 2014.

_____
JUDGE

<u>AGREED JUDGMENT OF GARNISHMENT</u> - PAGE 2

32

APPROVED AND AGREED BY:

_____
ALISA S. RICHMAN
State Bar No. 24068610
alisa@shettlelaw.net
AUBYN K. SHETTLE, JR.
State Bar No. 18257000
aks@shettlelaw.net
4619 Insurance Lane
Dallas, Texas 75205
(214) 522-7266
(214) 522-7832 Fax

ATTORNEYS FOR OLD WEST CAPITAL CO.

_____  1/14/14
ROBERT A. WOODCOCK
State Bar No. 24010490
rwoodcock@blalack.com
BLALACK & WILLIAMS
5550 LBJ Freeway, Suite 400
Dallas, Texas 75240
(214) 630-1916
(214) 630-1112 Fax

ATTORNEYS FOR A+ FEDERAL CREDIT UNION

# EXHIBIT B

OLD WEST CAPITAL CO., as
assignee of the judgment originally
taken by Oliphant Financial
Corporation
     (Garnishor)

IN THE COUNTY COURT

v.

AT LAW NUMBER 1

A+ FEDERAL CREDIT UNION
     (Garnishee)

and

SCOTT MANDLE,
     (Defendant)

TRAVIS COUNTY, TEXAS

---

## COMPROMISE SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF ALL CLAIMS

---

This agreement is between OLD WEST CAPITAL CO., as assignee of the judgment originally taken by Oliphant Financial Corporation and garnishor, A+ FEDERAL CREDIT UNION as garnishee and SCOTT MANDLE as debtor/defendant.

### RECITALS

WHEREAS, on January 17, 2014, the presiding judge in County Court at Law No. 1 signed an Agreed Judgment of Garnishment ("Judgment") in *Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation (Garnishor) v. A+ Federal Credit Union (Garnishee) and Scott Mandle (Defendant Debtor)*, Cause Number C-1-CV-13-010555, in favor of Old West Capital Co. as garnishor and against Scott Mandle as debtor/defendant, in the total amount of $ 4,056.69 from funds belonging to Scott Mandle but held by A+ Federal Credit Union as garnishee. Said Judgment further ordered that A+ Federal Credit Union recover $500.00 in attorney's fees from funds belonging to Mandle but held by A+ Federal Credit Union. Finally, said Judgment

discharged A+ Federal Credit Union of all liability to Mandle with respect to the foregoing sums.

WHEREAS, Scott Mandle, who was not a party to the Agreed Judgment of Garnishment ("Judgment") but had filed an answer contesting the garnishment proceeding prior to entry of the Judgment, subsequently filed a timely restricted appeal challenging said Judgment.

WHEREAS, Old West Capital Co., A+ Federal Credit Union and Scott Mandle (collectively, "Parties") then proceeded to negotiate in an effort to reach a compromise and settlement of the dispute between the Parties. Having successfully reached such a compromise and settlement, the Parties now set forth the terms of their agreement below:

### TERMS OF AGREEMENT

1.      Old West Capital Co. agrees to refund to Scott Mandle the sum of $ 4,056.69 obtained as a result of the Judgment. Old West Capital Co. further agrees to pay to Scott Mandle the sum of $ 250.00 in partial satisfaction of the $ 500.00 in attorney's fees awarded to A+ Federal Credit Union from Scott Mandle's funds as a result of the Judgment. Said sums shall be paid within thirty (30) days of the trial court's rendition of judgment in accordance with the Parties' agreement set forth herein to the account held by Scott Mandle at A+ Federal Credit Union from which Mr. Mandle's funds were originally garnished pursuant to the Judgment.

2.      A+ Federal Credit Union agrees to refund to Scott Mandle the sum of $ 250.00 in partial satisfaction of the $ 500.00 in attorney's fees awarded to A+ Federal Credit Union from Scott Mandle's funds as a result of the Judgment. Said sum shall be paid within thirty (30) days of the trial court's rendition of judgment in accordance with the Parties' agreement set forth herein to the account held by Scott Mandle at A+ Federal Credit Union from which Mr. Mandle's funds were originally garnished pursuant to the Judgment.

3.      In consideration for the repayment of the above-described sums by Old West Capital Co. and A+ Federal Credit Union, Scott Mandle agrees to dismiss his restricted appeal from the Judgment and to forever release and discharge Old West Capital and A+ Federal Credit Union, their agents, attorneys, executors, employees, predecessors,

A+ Federal Credit Union, their agents, attorneys, executors, employees, predecessors, assignors and assigns from any and all claims, including cross-claims and counterclaims, that he may have arising out of the dealings between the Parties as a result of the underlying garnishment proceeding, the Judgment or the resulting restricted appeal.

AGREED on this 23 day of January, 2015.

OLD WEST CAPITAL CO.

By: _Alisa R_____ 1/23/15
 Printed Name: _Alisa Richman_
 Capacity: _Attorney of Record_

AGREED on this 23 day of January, 2015.

A+ FEDERAL CREDIT UNION

By: _____ 1/23/15
 Printed Name: _Rob Woodcock SBN 24010440_
 Capacity: _Attorney of Agent_

AGREED on this 23 day of January, 2015.

SCOTT MANDLE

By: _____
 Printed Name: _____ PAULA KNIPPA SBN # 24049103
 ATTORNEY OF RECORD
 FOR SCOTT MANDLE

# EXHIBIT C

| | |
|---|---|
| OLD WEST CAPITAL CO., as assignee of the judgment originally taken by Oliphant Financial Corporation<br>(Garnishor) | IN THE COUNTY COURT |
| v. | |
| A+ FEDERAL CREDIT UNION<br>(Garnishee) | AT LAW NUMBER 1 |
| and | |
| SCOTT MANDLE,<br>(Defendant) | TRAVIS COUNTY, TEXAS |

## AGREED JUDGMENT

On this day came to be heard the above-entitled and numbered cause in which Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation is Plaintiff and Garnishor, A+ Federal Credit Union is Garnishee and Scott Mandle is Defendant. The parties appeared by and through their respective attorneys of record and announced to the Court that all matters of fact and things in controversy between them had been fully and finally compromised and settled.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1.     Old West Capital Co. shall refund to Scott Mandle the sum of $ 4,056.69 obtained as a result of the Judgment. Old West Capital Co. further agrees to pay to

Scott Mandle the sum of $ 250.00 in partial satisfaction of the $ 500.00 in attorney's fees awarded to A+ Federal Credit Union from Scott Mandle's funds as a result of the Judgment. Said sums shall be paid within thirty (30) days of rendition of this Agreed Judgment to the account held by Scott Mandle at A+ Federal Credit Union from which Mr. Mandle's funds were originally garnished in this cause.

2.    A+ Federal Credit Union shall refund to Scott Mandle the sum of $ 250.00 in partial satisfaction of the $ 500.00 in attorney's fees awarded to A+ Federal Credit Union from Scott Mandle's funds as a result of the Judgment. Said sum shall be paid within thirty (30) days of rendition of this Agreed Judgment to the account held by Scott Mandle at A+ Federal Credit Union from which Mr. Mandle's funds were originally garnished in this cause.

3.    Old West Capital Co. and A+ Federal Credit Union are hereby discharged of all liability to Scott Mandle as a result of the proceedings in this cause and the related appeal.

This is a final appealable judgment that disposes of all claims and all parties to this proceeding.

SIGNED on this _____ day of _____, 2015.

_____
Presiding Judge

**SLACK & DAVIS, LLP**
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
512.795.8686
512.795.8787 (fax)

_____
PAULA K. KNIPPA
State Bar No. 24049103
pknippa@slackdavis.com

**ATTORNEY FOR APPELLANT SCOTT MANDLE**

**LAW OFFICE OF ALISA RICHMAN**
304 S. Record Street, Suite 100
Dallas, Texas 75202
214.522.7266

_____
Alisa S. Richman
Texas State Bar No. 24068610
Alisa@therichmanlawfirm.com

SIGNED WITH PERMISSION BY

**ATTORNEY FOR OLD WEST CAPITAL CO.**

**BLALACK & WILLIAMS, P.C.**
4851 LBJ Freeway, Suite 750
Dallas, Texas 75244
214.630.1916
214.630.1112

_____
Rob Woodcock
Texas State Bar No. 24010490
rwoodcock@blalack.com

SIGNED WITH PERMISSION BY

**ATTORNEY FOR A+ FEDERAL CREDIT UNION**